# EXHIBIT 1

```
1   RECORDING DATE:   10/31/2010

2   TIME:                 7:21 AM

3   PARTICIPANTS:(BSM) = Basaaly Saeed Moalin
4
5                 (MK) = SA Michael C. Kaiser

6                 (JL) = SA Jason Lovely
7
8                 (MP) = SA Matthew M. Perkins

9   NOTATIONS:   (U) = UNINTELLIGIBLE
10
                  (PH) = PHONETIC
11

12

13  UM:           I hit it but testing…
14
    UM:           (U) have to hold it.
15
16                (Blowing into microphone)
17
    MP:           I saw like a little green
18
19                flash and that was it.
20  UM:           Oh, you did?
21
    UM:           Yeah but no stay right.
22
23  MK:           Testing testing.  It must be
24
                  working go ahead.
25
26  MP:           Alright.  This is Special
27                Agent Matthew Perkins.  It is
28
```

-1-

1             October thirty-first two

2             thousand ten. The time is

3

4             seven twenty one am.  Special

5             Agents Michael Kaiser and

6             Jason Lovely are going to be

7

8             doing a custodial interview of

9             Masaaly…

10 UM:        …Moalin…

11

12 MP:        …Basaaly Moalin and the case

13            number is four one five bravo

14

15            S D seven zero zero one five.

16 MK:        (U) it's October thirty-first

17            two thousand and ten, time is

18

19            approximately seven twenty, uh

20            this is uh monitoring of a

21

22            interview custodial interview

23            with Basaaly Saeed Moalin.

24            Case number four fifteen B

25

26            dash S D dash seven zero zero

27            one five.

28

1   UM:         (U)

2   UM:         Well I just wanted (U)…

3
    UM:         (U)
4

5   UM:         Go on in.

6   MK:         You can have a seat right

7

8               here.

9   UM:         Where do you want to sit?

10  MK:         Have him sit right there.

11

12              Yeah go ahead and take his

13              handcuffs off.

14  UM:         Alright.  Can you stand up,

15

16              please?  Just gonna take your

17              cuffs off just stand over here

18

19              real quick.  And just keep

20              your head in line for that.

21  UM:         (U)

22

23  UM:         Stand over here little bit

24              please.  Okay just keep your

25

26              hands (U).  (U).  Thanks.

27  UM:         (U)

28

| | | |
|---|---|---|
| 1 | UM: | Yeah. |
| 2 | UM: | Alright.  You can go have a |
| 3 4 | | seat. |
| 5 | MK: | Alright Mister uh Moalin if |
| 6 7 | | you could please(U).  My name |
| 8 | | is Mike Kaiser I'm a Special |
| 9 | | Agent with the FBI.  You're |
| 10 11 | | not cuffed right now.  You |
| 12 | | don't have to (U) |
| 13 | UM: | (U) |
| 14 15 | MK: | Um, go ahead and have a seat |
| 16 | | ah I just wanna go through |
| 17 18 | | some things. Ah, first of all, |
| 19 | | as an American citizen you |
| 20 21 | | need to understand your |
| 22 | | rights, and so I'm just gonna |
| 23 | | go through them.  Uh, so first |
| 24 25 | | of all and it's like uh you've |
| 26 | | probably heard before, you |
| 27 28 | | have the right to remain |

1   silent, anything you say can

2   be used against you in court.

3   Uh you have the right to talk

4   to a lawyer for advice before

5   we ask you any questions.  Uh

6   you have the right to have a

7   lawyer with you during

8   questioning.  If you cannot

9   afford a lawyer one will be

10  appointed for you before any

11  questioning if you wish.  If

12  you decide to answer questions

13  now without a lawyer present,

14  you have the right to stop

15  answering at any time.  Um,

16  before you answer ah whether

17  or not you want to waive those

18  rights let me just be fair and

19  let you know why you're here.

20  Um, I have a warrant for your

1  arrest and the charges are uh
2  Conspiracy to Provide Material
3  Support to Terrorists,
4
5  Conspiracy to Provide Material
6  Support to Foreign Terrorist
7  Organizations, Conspiracy to
8
9  Kill In a Foreign Country,
10 Conspiracy to Launder Monetary
11 Instruments, basically money
12
13 laundering, and Providing
14 Material Support to
15 Terrorists.  The other thing
16
17 is uh, you know, this case ah
18 has been ongoing for some time
19 and so you're clear, ah we've
20
21 had a wiretap on your
22 telephone since December of
23 two thousand and seven.  So
24
25 we've heard heard you calling
26 a lot of people, including
27
28

people overseas.  Um, to be

honest, we don't really need

your cooperation or anything

like that.  I mean we have a

very solid case. Um, and I

just want you to be aware,

that if you're found guilty on

all these charges, in a, in

court you're looking at a

sentence of thirty years to

life in prison.  Um, and in my

experience as uh as an FBI

Agent, um the evidence we have

is rock solid, you know.  So,

what we're kinda doing here

today is uh giving you a

chance to, you know, express

any sort of cooperation, um,

and what it how it works in

your favor is that by showing

that you're cooperating with
the United States Government,
um, you know, you're, that
will be taken into account by
the federal prosecutor.  We're
all Special Agents right here.
None of us are are
prosecutors, uh, but we work
closely with the prosecution
uh in these types of cases and
uh uh you know, and it's uh,
this this is kind of your
chance.  If you, again it's
your right to request a lawyer
or anything like that, but um
in my experience, as soon as
you bring in a lawyer all they
want to do is, you know
they're no longer using your
money and they're trying to uh

1    to buy time, bargaining chips,

2    and all that stuff.  And again

3    with the with the type of

4    evidence that we have, the

5    prosecutor is not going to

6    waste his time. He's just not.

7

8    I mean, it's, it's more

9    important to him to to take

10   this case to trial and to uh

11

12   you know, just roll with it.

13   You know, again, there's

14   nothing that we really need

15   from you uh but again, if you

16   choose to cooperate, this time

17

18   you know that's something that

19   I can talk to the prosecutor

20   about and you know so you're

21   you're looking at a better uh

22

23   form of sentencing than that

24   thirty years to life.  I mean

25

26

27

28

1
2

are you, do you understand

what I'm saying?

3
BSM:    You know I I don't understand
4
5       that much you know and
6       basically never mind.  My
7
8       English is you know kinda poor
9       you know ah.
10
MK:     Okay.  Well if you would like,
11
12      we can get a Somali translator
13      who can, uh, who can you know
14
15      explain things to you, um you
16      know, or you know we can uh
17
18      kinda review some of the some
19      of the evidence that we have,
20      but but again, I mean the
21
22      biggest thing is to make sure
23      that you understand your
24
25      rights.  I mean do you
26      understand what I read to you?
27      Um . . .
28

1   BSM:          Ah some of um might but I'm

2                 really ah hundred percent not

3                 much.

4

5   MK:           …okay.  Would you like to have

6                 a Somali translator uh present

7                 when I read you your rights

8

9                 again or uh . . .

10  BSM:          Just read it again and then

11

12                then…

13  MK:           …okay.  Again before we ask

14

15                you any questions, remember, I

16                haven't been asking any

17

18                questions, I've just been

19                outlining what the

20                government's position is.

21

22  BSM:          Mmhmm.

23  MK:           Okay you must understand your

24

25                rights.  First of all you have

26                the right to remain silent.

27                You don't have to say

28

1   anything.  You know um because

2   anything you say can be used

3   against you in court.  You

4   know and that just basically

5   means that you know uh (U)

6   your words can be used as

7   evidence against you, alright?

8   You also have the right to

9   talk to a lawyer for advice

10  before we ask you any

11  questions.  You know so uh if

12  you need if you have a lawyer

13  or whatever you can consult

14  with him and you have a right

15  to have a lawyer with you

16  during questioning.  If you

17  can't afford a lawyer, one

18  will be appointed for you

19  before any questioning, if you

20  wish. And basically what would

1  happen in that case, is that

2  uh we'll go before a U.S. uh

3  Magistrate, it's a level of

4  judge, and um, they will

5  outline the charges that are

6  in this arrest warrant and

7  then, uh you know, ask whether

8  or not you want the court to

9  appoint a lawyer for you.  You

10  know this is somebody who's

11  cleared to, to defend people

12  in a federal court.  Um, but

13  if you decide to answer any

14  own questions now without a

15  lawyer present, um, even as

16  we're talking to you, asking

17  questions, and you decide to

18  cooperate, if at some point,

19  we ask you a question and you

20  don't want to answer it, you

-13-

1           can just stop and say I no

2           longer want to talk.  Um, you

3

4           know the uh so that's, those

5           are your basic rights.  You

6           know so ah now do you

7

8           understand your rights?

9  BSM:     Yeah. I do.

10 MK:      Okay.  Um, again now knowing

11

12          what our case is against you

13          and the fact that we've, we've

14

15          been on your telephone, uh

16          we've been on your email, um,

17

18          uh you know it's up to you.  I

19          mean, what do you want to do?

20 BSM:     Ah yeah I be telling me go

21

22          ahead.

23 MK:      Well I I can't make that

24          decision for you, basically.

25          I mean do you want to when I

26          ask for cooperation, it means

27

28

1          that that you're allowing us

2          to ask questions.

3   BSM:      Yeah yeah you can ask me

4

5   questions.

6   MK:       Okay.  Ah before I, I roll

7

8          into any questions I just want

9          to make sure that, that, um, I

10          mean even if you sign this

11

12          form and this is, you're

13          signing it saying you

14

15          understand your rights and you

16          wish to cooperate.  If you

17

18          sign this form, remember that

19          the last thing is that if you

20          are if you don't want to

21

22          answer any more questions, you

23          can stop, even after you sign

24          this form.  Do you understand?

25

26   BSM:      Yeah.

27

28

MK:        Okay.  So if I could just have
1
2          you sign right here and the
3
           time is uh zero seven thirty.
4
5          So you guys note it.  Maybe
6          you print your name just below
7
8          that.  Alright.  Other way I
9          guess as witnesses.  Okay.
10
           Other way.  (U)as ah
11
12         witnesses.  All right, well,
13         again the charge is uh
14
15         providing material support to
16         terrorists. The specific
17
           terrorist group that we're
18
19         talking about is um al-
20         Shabaab.  Are you familiar
21
22         with that terrorist group by
23         that name, or that
24
25         organization?
26    [END OF EXCERPT]
27
28