HOLLY A. SULLIVAN
California State Bar No. 216376
110 West C Street, Suite 1903
San Diego, CA 92101
(619) 269-8054 (tel)
(619) 794-2263 (fax)
E-mail: hollyasullivan@yahoo.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                                         )<br>              Plaintiff,                    )<br>                                                         )<br>v.                                                    )<br>                                                         )<br>BASAALY MOALIN ET AL,         )<br>                                                         )<br>              Defendants.              )<br>_____) | Case No. 10cr4246<br><br>**PROOF OF SERVICE** |

     Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

     Copy Assistant U.S. Attorney via ECF

     Copy all registered counsel for defendants via ECF

Dated: April 3, 2013                                              /s/ HOLLY A. SULLIVAN
                                                                    110 West C Street, Suite 1903
                                                                    San Diego, CA 92101
                                                                    (619) 269-8054 (tel)
                                                                    (619) 794-2263 (fax)
                                                                    hollyasullivan@yahoo.com (email)